NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**HOSHANG JAJEJAR BHADHA,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

_____

2024-1984

_____

Petition for review of the Merit Systems Protection Board in No. SF-3443-18-0769-I-1.

_____

**O R D E R**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

2                                                    BHADHA V. MSPB

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

February 6, 2025
Date

Jarrett B. Perlow
Clerk of Court